

# Court of Appeals
## of Maryland
### Robert C. Murphy Courts of Appeal Building
### 361 Rowe Boulevard
### Annapolis, Maryland 21401-1699

Lauren M. Vint
Chief Deputy

Marie Y. Randall
Doneice Burnette
Rachael Spicknall
Kisha Taylor-Wallace
Deputies

Sara Rice
Senior Recorder

Sandra Belt
Administrative Support

Suzanne C. Johnson
Clerk

410-260-1500
1-800-926-2583

### N O T I C E

March 3, 2022

I, Suzanne C. Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that by an Opinion and Order of this Court dated March 3, 2022

**ROBIN KEITH ANNESLEY FICKER**
(CPF #9306010033)
9601 Baltimore Avenue, Suite 205
College Park, Maryland 20740

has been disbarred, effective immediately, from the further practice of law in this State and her name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761(b)).

IN TESTIMONY WHEREOF, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals of Maryland this third day of March, 2022.

/s/ Suzanne C. Johnson
Clerk
Court of Appeals of Maryland

TTY FOR DEAF: 410-260-1554